UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00075 |
| | ) | JUDGE CAMPBELL |
| GEORGE IVORY | ) | |

## ORDER

The hearing for Defendant George Ivory scheduled for April 22, 2016, at 3:00 p.m. is RESCHEDULED for April 25, 2016, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE